IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
A.D. MALONE,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:14cv670-MHT
                                )          (WO)
DEPARTMENT OF THE AIR           )
FORCE,                          )
                                )
    Defendant.                  )


A.D. MALONE,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:15cv699-MHT
                                )          (WO)
DEPARTMENT OF THE AIR           )
FORCE and UNITED STATES         )
AIR FORCE,                      )
                                )
    Defendants.                 )
```

OPINION

Plaintiff filed these consolidated lawsuits asserting that her former employer discriminated against her on the basis of disability by terminating her. These lawsuits are now before the court on the

recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  Although the motion was filed in only one of the two lawsuits, none of the parties takes issue with the recommendation's treatment of the motion as addressing both lawsuits in full.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of March, 2016.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**