IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| A.D. MALONE,              )<br>                           )<br>    Plaintiff,          )<br>                           )<br>    v.                     )<br>                           )<br>DEPARTMENT OF THE AIR      )<br>FORCE,                     )<br>                           )<br>    Defendant.             ) | CIVIL ACTION NO.<br>2:14cv670-MHT<br>(WO) |
| A.D. MALONE,              )<br>                           )<br>    Plaintiff,          )<br>                           )<br>    v.                     )<br>                           )<br>DEPARTMENT OF THE AIR      )<br>FORCE and UNITED STATES    )<br>AIR FORCE,                 )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>2:15cv699-MHT<br>(WO) |

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 84) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 81) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 66) is granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 24th day of March, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**